UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | NO. 1:15-CR-29-PLR-CHS |
| | ) | |
| ROBERT MANUEL AVILLA | ) | |

# **O R D E R**

Magistrate Judge Christopher H. Steger filed a report and recommendation recommending the Court: (1) accept Defendant's plea of guilty to Count One of the Indictment; (2) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (3) find Defendant shall remain in custody until sentencing in this matter [R. 18]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [R. 20] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter

which is scheduled to take place on **December 16, 2015 at 11:00 a.m.** before the Honorable Pamela L. Reeves, United States District Judge.

**SO ORDERED.**

**ENTER:**

_____
**UNITED STATES DISTRICT JUDGE**

2